# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Midwest Operating Engineers Welfare Fund, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 25-cv-4076 |
| v. | ) ) | Judge: LaShonda A. Hunt |
| | ) | Magistrate Judge: Heather K. McShain |
| Valor Underground Construction, LLC, a dissolved Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

## JOINT MOTION FOR CONSENT JUDGMENT

Pursuant to an agreement reached between Plaintiffs and Defendant, the parties jointly move the Court to enter a Consent Judgment Order containing the following terms:

Defendant Valor Underground Construction, LLC, a dissolved Illinois corporation ("Valor"), does not dispute the Complaint allegations against it or the findings of delinquent fringe benefit and CRF contributions; and therefore, Valor agrees to a consent judgment against it.

1. Valor has breached its contractual obligations under the collective bargaining agreement and trust documents identified in the Complaint (Exhibit A).

2. Valor is liable to the Funds and CRF for the full amount of the breach identified in the Complaint, plus attorneys' fees and costs.

3. Valor obligated to make contributions to the Funds, pay interest on unpaid contributions, and liquidated damages and costs as follows:

> $164,394.47 in delinquent fringe benefits, CRF contributions, and unpaid audit fees;
> $2,662.50 in attorneys' fees (Exhibit A);
> $452.71 in costs (Exhibit A);
> for a total Consent Judgment amount of $167,509.68.

4. Plaintiffs' claims for attorneys' fees shall be considered pursuant to Local Rule 54.3 and 29 U.S.C. § 1132(g)(1).

5. Under Rule 54(b), Fed. R. Civ. P., there is no just reason for delay in the entry of a Judgment Order as to the sum of $167,509.68 owed to Plaintiffs from Valor.

WHEREFORE, the parties jointly request that this Court enter Judgment against Valor and order it to pay the following delinquent contribution amounts to Plaintiffs:

> $164,394.47 in delinquent fringe benefits, CRF contributions, and unpaid audit fees;
> $2,662.50 in attorneys' fees (Exhibit A);
> $452.71 in costs (Exhibit A);
> for a total Consent Judgment amount of $167,509.68.

Dated: July 1, 2025                    Respectfully submitted,

By: /s/ Brad H. Russell                By: /s/ David J. Schwab

Attorneys for Plaintiffs:              Attorneys for Valor:
Charles R. Kiser *(ckiser@local150.org)*   David J. Schwab *(djschwab@rsslawoffices.com)*
Brad H. Russell *(brussell@local150.org)*  Ralph, Schwab & Schiever, Chartered
Institute for Worker Welfare, P.C.     3 Hawthorn Parkway, Suite 200
6141 Joliet Road                       Vernon Hills, IL  60061
Countryside, IL  60525                 Ph. 847/367-9699
Ph. 708/579-6649                       Fx. 847/367-9621
Fx. 708/588-1647

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that on July 1, 2025, he electronically filed the foregoing with the Clerk of Court using the CM/CM/ECF system. The undesigned further certifies that on or before 5:00 p.m. on July 1, 2025, he sent the foregoing via electronic mail to the following:

Valor Underground Construction, LLC, a dissolved Illinois corporation<br>
c/o David J. Schwab<br>
Ralph, Schwab & Schiever, Chartered<br>
3 Hawthorn Parkway, Suite 200<br>
Vernon Hills, IL 60061<br>
*djschwab@rsslawoffices.com*

                                      By:  /s/ Brad H. Russell
                                              One of the Attorneys for Plaintiffs

Attorneys for Plaintiffs:
Charles R. Kiser *(ckiser@local150.org)*
Brad H. Russell *(brussell@local150.org)*
Institute for Worker Welfare, P.C.
6141 Joliet Road
Countryside, IL 60525
Ph. 708/579-6649
Fx. 708/588-1647